STEVEN T. GUBNER- Bar No. 156593
LARRY W. GABRIEL - Bar No. 68329
JERROLD L. BREGMAN - Bar No. 149896
JASON B. KOMORSKY - Bar No. 155677
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:        sgubner@ebg-law.com
                   jbregman@ebg-law.com
                   jkomorsky@ebg-law.com
*Special Litigation Counsel for Claimant*
*Jeffrey I. Golden, Chapter 7 Trustee*

KEVIN S. ROSEN (SBN 133304)
KRosen@gibsondunn.com
MATTHEW S. KAHN (SBN 261679)
MKahn@gibsondunn.com
JARED M. STRUMWASSER (SBN 275326)
JStrumwasser@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Respondents*
*O'Melveny & Myers LLP,*
*Steven J. Olson, and J. Jorge deNeve*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY I. GOLDEN, Chapter 7 Trustee of Aletheia Research and Management, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>O'Melveny & MYERS LLP; STEVEN J. OLSON, an individual; J. JORGE DENEVE, an individual; FREEDMAN + TAITELMAN, LLP; and DOES 1 through 12,<br><br>Defendants. | **Case No. 2:14-cv-08725-CAS- AGR**<br><br>**SECOND JOINT REPORT DETAILING THE STATUS OF THE CASE**<br><br>**No Hearing Required**:<br><br>Date:  N/A<br>Time:  N/A<br>Place: Courtroom No. 5<br>Judge: Hon. Christina A. Snyder |

\\\
\\\
\\\

1

The undersigned counsel of record for Plaintiff Jeffrey I. Golden ("Plaintiff"), Chapter 7 Trustee of debtor Aletheia Research and Management, Inc. ("Debtor"), and Defendants O'Melveny & Myers LLP, Steven J. Olson, and J. Jorge deNeve, submit this *Second Joint Report Detailing the Status of the Case* in accordance with this Court's Minute Order, entered June 16, 2015, which provides, in pertinent part, as follows:

> The Court, having approved a stay in this matter on June 15, 2015…. [T]his action is hereby removed from this Court's active caseload until further application by the parties or order of this Court. It is further ordered that counsel shall file a joint report detailing the status of the case within 60 days and every quarter thereafter until the action has been reactivated on this Court's active caseload or a stipulation for dismissal is filed…..All dates in this action are hereby vacated.

Dkt. No. 31.

## I.   Overview of the Proceedings

The above-captioned adversary proceeding ("Case") was initiated by Plaintiff on November 20, 2014 against Defendants O'Melveny & Myers LLP ("O'Melveny"), Steven J. Olson ("Olson"), J. Jorge deNeve (collectively, with Olson and O'Melveny, the "Defendants"). The Trustee's Complaint alleges causes of action for: (1) professional negligence; (2) breach of fiduciary duty; (3) avoidance and recovery of preferential transfers; (4) avoidance and recovery of fraudulent conveyances under Section 548 of the Bankruptcy Code; and (5) avoidance and recovery of fraudulent conveyances under Section 544 of the Bankruptcy Code (collectively, the "Causes of Action"). Defendants deny Plaintiff's allegations. The Causes of Action, and the factual background pertinent to Plaintiff's claims, are set forth in the Complaint and are not here repeated. Dkt. No. 1.[1]

---

[1] Plaintiff has settled the estate's claims against the defendant law firm Freedman + Taitelman, LLP ("Freedman"). This Court granted Plaintiff's motion to approve that

By order entered June 15, 2015 ("Arbitration Order"), Dkt. No. 30, this Court granted in part the Defendants' motion to compel arbitration. Specifically, the Arbitration Order provided, among other things, that the first two Causes of Action, alleging, respectively, professional negligence and breach of fiduciary duty, be arbitrated in accordance with O'Melveny's engagement agreements with the Debtor. The Arbitration Order stayed the remaining three Causes of Action. *Id.*

## II. Update on the Status of the Arbitration

This is the Parties' second joint report detailing the status of the arbitration. The first report was filed on August 14, 2015 (Dkt. 32).

Since the filing of the first report, the Parties have been in regular communication with each other through their counsel, including by telephone calls and emails, to facilitate the prosecution of the arbitration in a timely and cost-effective fashion. Among other things, the Parties have confirmed the appointment of retired U.S. District Court Judge Gary A. Feess to serve as the Arbitrator.

A preliminary hearing in the arbitration, the first hearing to date, was held on November 10, 2015. At that hearing, the Arbitrator approved a preliminary schedule for the arbitration and ruled on other procedural matters designed to facilitate the efficient resolution of the claims that are subject to arbitration. Among other dates, the Arbitrator ruled the Parties shall conduct their initial exchange of documents by November 20, 2015, the cutoff date for factual discovery was set as April 1, 2016, and the cutoff date for discovery with respect to expert witnesses was set as June 3, 2016. A pre-trial scheduling conference was tentatively scheduled for August 5, 2016.

During the upcoming period before the next quarterly report detailing the status of this matter, the Parties anticipate they will be conducting discovery. It is also possible that one or more dispositive motions, including requests for summary adjudication of certain issues, will be filed for the purposes of narrowing the matters

---

settlement by its *Order Granting Plaintiff's Motion for Order Approving Settlement With Freedman & Taitelman, LLP*, entered November 5, 2015 [Dkt. 38].

remaining for trial. The Parties intend to continue working together in a cooperative fashion to conduct discovery with the intention of bringing the arbitration to an appropriate resolution as soon as possible.

The Parties, by this submission, reserve all rights and nothing herein is intended to advance a substantive position or otherwise waive any rights. The Parties would be pleased to supplement this report, or provide any additional information, as may please the Court.

Respectfully submitted,

Dated: November 12, 2015   EZRA BRUTKUS GUBNER LLP

By: ___/s/ Jerrold L. Bregman_____
Steven T. Gubner
Larry W. Gabriel
Jerrold L. Bregman
Jason B. Komorsky
Special Litigation Counsel for Plaintiff
Jeffrey I. Golden, Chapter 7 Trustee

Dated: November 12, 2015   GIBSON, DUNN & CRUTCHER LLP

By: ___/s/ Kevin S. Rosen_____
Kevin S. Rosen
Matthew S. Kahn
Jared Strumwasser
Attorneys for Defendants
O'Melveny & Myers LLP, Steven Olson
and J. Jorge deNeve

4