STEVEN T. GUBNER [SBN 156593]
JERROLD L. BREGMAN [SBN 149896]
JASON B. KOMORSKY [SBN 155677]
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone: 818.827.9000
Facsimile:  818.827.9099
Email:   ɔner@gubnerbrutzkus.com
         gman@gubnerbrutzkus.com
         norsky@gubnerbrutzkus.com

*Special Litigation Counsel for Claimant
Jeffrey I. Golden, Chapter 7 Trustee*

KEVIN S. ROSEN (SBN 133304)
KRosen@gibsondunn.com
MATTHEW S. KAHN (SBN 261679)
MKahn@gibsondunn.com
JARED M. STRUMWASSER (SBN 275326)
JStrumwasser@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Respondents
O'Melveny & Myers LLP,
Steven J. Olson, and J. Jorge deNeve*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY I. GOLDEN, Chapter 7 Trustee of Aletheia Research and Management, Inc., <br><br>Plaintiff, <br><br>vs. <br><br>O'Melveny & MYERS LLP; STEVEN J. OLSON, an individual; J. JORGE DENEVE, an individual; FREEDMAN + TAITELMAN, LLP; and DOES 1 through 12, <br><br>Defendants. | **Case No. 2:14-cv-08725-CAS- AGR** <br><br>**JOINT REPORT (FOURTH) DETAILING THE STATUS OF THE CASE** <br><br>**<u>No Hearing Required</u>:** <br><br>Date:  N/A <br>Time:  N/A <br>Place:  Courtroom No. 5 <br>Judge:  Hon. Christina A. Snyder |

1

The undersigned counsel of record for Plaintiff Jeffrey I. Golden ("Plaintiff"), Chapter 7 Trustee of debtor Aletheia Research and Management, Inc. ("Debtor"), and Defendants O'Melveny & Myers LLP, Steven J. Olson, and J. Jorge deNeve ("Defendants"), submit this *Fourth Joint Report Detailing the Status of the Case* in accordance with this Court's Minute Order, entered June 16, 2015, which provides, in pertinent part, as follows:

> The Court, having approved a stay in this matter on June 15, 2015…. [T]his action is hereby removed from this Court's active caseload until further application by the parties or order of this Court. It is further ordered that counsel shall file a joint report detailing the status of the case within 60 days and every quarter thereafter until the action has been reactivated on this Court's active caseload or a stipulation for dismissal is filed…..All dates in this action are hereby vacated.

[Dkt. 31.]

This is the Parties' fourth joint report on the status of the arbitration. The Parties filed previous joint reports on August 14, 2015 [Dkt. 32], November 12, 2015 [Dkt. 39], and February 12, 2016 [Dkt. 43].

## I.   Overview of the Proceedings

The above-captioned adversary proceeding was initiated by Plaintiff on November 20, 2014. Plaintiff's Complaint as filed alleges causes of action for: (1) professional negligence; (2) breach of fiduciary duty; (3) avoidance and recovery of preferential transfers; (4) avoidance and recovery of fraudulent conveyances under Section 548 of the Bankruptcy Code; and (5) avoidance and recovery of fraudulent conveyances under Section 544 of the Bankruptcy Code (collectively, the "Causes of Action"). Defendants deny Plaintiff's allegations. The Causes of Action, and the

factual background pertinent to Plaintiff's claims, are set forth in the Complaint and are not here repeated. [Dkt. 1.][1]

By order entered June 15, 2015 [Dkt. 30] ("Arbitration Order") this Court granted in part the Defendants' motion to compel arbitration. Specifically, the Arbitration Order provided, among other things, that the first two Causes of Action, alleging, respectively, professional negligence and breach of fiduciary duty, be arbitrated in accordance with O'Melveny's engagement agreements with the Debtor. The Arbitration Order stayed the remaining three Causes of Action. *Id.*

## II.     Update on the Status of the Arbitration

Discovery in the arbitration commenced on November 30, 2015, after which the parties began to mutually exchange documents and prepare for depositions and other discovery. However, on February 4, 2016, in response to Plaintiff's request, Hon. Gary A. Feess (retired) stayed the arbitration in contemplation of Plaintiff's stated intention to bring a motion to reconsider this Court's Arbitration Order in light of Plaintiff's interpretation of the California Court of Appeals' opinion in *Sheppard, Mullin, Richter, & Hampton, LLP v. J-M Manufacturing Co., Inc.*, B256314 (Second Dist. Ct. App., January 29, 2016). On April 27, the California Supreme Court granted Sheppard Mullin's petition for a review of the appellate court's decision.

Plaintiff reserves his right to make any appropriate filings pending the California Supreme Court's review of *Sheppard Mullin* without prejudice to Defendants' right to oppose any such filings on any available grounds.

[*Remainder of page intentionally left blank.*]

---

[1] At an appropriate future time to be determined, Plaintiff may file a motion to amend the Complaint to clarify and conform the theories of recovery to the facts. Defendants take no position at this time as to the propriety of any such hypothetical motion.

The Parties, by this submission, reserve all rights and nothing herein is intended to advance a substantive position or otherwise waive any rights. The Parties would be pleased to supplement this report, or provide any additional information, as may please the Court.

Respectfully submitted,

Dated: May 12, 2016                     BRUTKUS GUBNER

                                        By: ___/s/ Jerrold L. Bregman_____
                                        Steven T. Gubner
                                        Larry W. Gabriel
                                        Jerrold L. Bregman
                                        Jason B. Komorsky
                                        *Special Litigation Counsel for Plaintiff Jeffrey I. Golden, Chapter 7 Trustee*

Dated: May 12, 2016                     GIBSON, DUNN & CRUTCHER LLP

                                        By: ___/s/Jared M. Strumwasser_____
                                        Kevin S. Rosen
                                        Matthew S. Kahn
                                        Jared M. Strumwasser
                                        Attorneys for Defendants
                                        *O'Melveny & Myers LLP, Steven Olson and J. Jorge deNeve*