UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-8725-CAS(AGRx) | Date | May 24, 2016 |
|---|---|---|---|
| Title | *JEFFREY I. GOLDEN, ETC. v. O'MELVENY & MYERS, LLP; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - JOINT SUBMISSION OF ARBITRATOR'S ORDER FOR STATUS CONFERENCE (Filed 05/24/2016)[48]

The Court is in receipt of counsels' joint submission. The Court sets a Status Conference re: Case on **June 1, 2016**, at **11:00 A.M.**

|  | 00 : 00 |
|---|---|
| | Initials of Preparer  CMJ |