# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV14-8725-CAS(AGRx) | Date | June 1, 2016 |
|---|---|---|---|
| Title | *JEFFREY I. GOLDEN, ETC. v. O'MELVENY & MYERS, LLP; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Connie Lee | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jason Komorsky | Kevin Rosen |
| Jerrold Bregman | |

**Proceedings:**     STATUS CONFERENCE RE: CASE

Hearing held and counsel are present. The Court confers with counsel. The Court orders counsel to file the motion discussed in Court and on the record and sets the following briefing schedule:

Last day to file motion: June 22, 2016;
Last day to file opposition: July 6, 2016; and
Last day to file reply: July 13, 2016.

Oral argument shall not be heard unless so ordered by the Court. The motion will stand submitted upon the filing of the briefs.

| | 00 | : | 30 |
|---|---|---|---|
| Initials of Preparer | | CL | |