STEVEN T. GUBNER – Bar No. 156593
JERROLD L. BREGMAN – Bar No. 149896
JASON B. KOMORSKY – Bar No. 155677
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:       sgubner@bg.law
             jbregman@bg.law
             jkomorsky@bg.law

*Special Litigation Counsel for Plaintiff
Jeffrey I. Golden, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY I. GOLDEN, Chapter 7 Trustee of Aletheia Research and Management, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> O'MELVENY & MYERS LLP; STEVEN J. OLSON, an individual; and J. JORGE DENEVE, an individual; and does 1 through 12, <br><br> Defendants. | **Adv. Pro. 2:14-cv-08725-CAS(AGRx)** (U.S. Dist. Ct., C.D.Cal.) <br><br> **NOTICE OF LODGING OF [PROPOSED] ORDER VACATING FINAL ARBITRATION AWARD PURSUANT TO 9 U.S.C. §§ 10(a)(4) AND 12,** *et seq.* <br><br> Hearing: <br> Date:  October 21, 2019 <br> Time: 10:00 a.m. <br> Place: Courtroom No. 8D <br> Judge: Hon. Christina A. Snyder <br>          350 W. First Street <br>          Courtroom 8D, 8th Floor <br>          Los Angeles, CA  90012 |

2181308

1

**TO THE HONORABLE CHRISTINA A. SNYDER, AND ALL INTERESTED PARTIES**:

    **PLEASE TAKE NOTICE** that pursuant to Local Rule 5-4.4.1 of the United States District Court for the Central District of California, plaintiff Jeffrey I. Golden, the duly appointed chapter 7 trustee in the above-captioned bankruptcy case of debtor Aletheia Research and Management, Inc. ("Trustee"), hereby lodges his [Proposed] Order Vacating Final Arbitration Award Pursuant to 9 U.S.C. §§ 10(a)(4) and 12, et seq.

Dated:  September 9, 2019        BRUTZKUS GUBNER

                                       By:  /s/ Jason B. Komorsky
                                           Steven T. Gubner
                                           Jerrold L. Bregman
                                           Jason B. Komorsky
                                           Special Litigation Counsel for Claimant
                                           Jeffrey I. Golden, Chapter 7 Trustee

2181308