UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-8725-CAS(AGRx) | Date | October 21, 2019 |
|---|---|---|---|
| Title | *JEFFREY I. GOLDEN, ETC. v. O'MELVENY & MYERS, LLP; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jason Komorsky | Kevin Rosen |
| Jerrold Bregman | Blake Shinoda |
| Steven Gubner | |

**Proceedings:** PLAINTIFF'S MOTION TO VACATE THE FINAL ARBITRATION AWARD (Filed 09/09/2019)[80]

DEFENDANTS' MOTION FOR ORDER CONFIRMING ARBITRAL AWARD (Filed 09/09/2019)[84]

    Hearing held and counsel are present. Tentative order provided. The Court confers with counsel and counsel argue. The Court takes the above-referenced motions under submission.

|  | 00 | : | 50 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |