'O'

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JEFFREY I. GOLDEN, Chapter 7 Trustee of Aletheia Research and Management, Inc., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>O'MELVENY & MYERS LLP; STEVEN J. OLSON, an individual; J. JORGE DENEVE, an individual; and DOES 1 through 12, <br><br>　　　　　Defendants. | CASE NO. 2:14-cv-08725-CAS-AGRx <br><br>**[~~PROPOSED~~] JUDGMENT** <br><br>Judge: Hon. Christina A. Snyder |
|---|---|

By separate Order of this Court dated April 1, 2020 (Dkt. 131), the Motion for Summary Judgment of Defendants O'Melveny & Myers LLP, Steven J. Olson, and J. Jorge deNeve (collectively, "Defendants") was GRANTED, and by separate Order of this Court dated November 1, 2019 (Dkt. 99), the Motion for Order Confirming Arbitral Award Pursuant to § 1 Et Seq. of the Federal Arbitration Act of Defendants was GRANTED. Accordingly, it is hereby DECREED and ORDERED that judgment

/ / /

/ / /

/ / /

/ / /

shall now be entered in favor of all Defendants, that Plaintiff Jeffrey I. Golden shall take nothing by this action, and that this action is hereby dismissed on the merits and with prejudice.

IT IS SO ORDERED.

Dated: April 13, 2020

*Christina A. Snyder*

The Honorable Christina A. Snyder
United States District Judge